# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

CLEVELAND BUTLER,          :   No. 34 MM 2018

Petitioner         :

v.         :

DAUPHIN COUNTY DISTRICT         :
ATTORNEY'S OFFICE,         :

Respondent         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of April, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.